■ DANIEL DAMATO et al., Appellants, v LAWRENCE E. GOLDBERG et al., Respondents and Third-Party Plaintiffs. INTERNATIONAL CABLE, Third-Party Defendant-Respondent.—Order unanimously affirmed, without costs, for reasons stated at Supreme Court, Joslin, J. (Appeal from order of Supreme Court, Erie County, Joslin, J.—summary judgment.) Present—Dillon, P. J., Boomer, Pine, Balio and Schnepp, JJ.